Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone: (559) 431-9710
Facsimile: (559) 431-4108

Attorney for Defendant, SABAS RAFAEL PALAFOX

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07-00244 OWW |
| Plaintiff, | APPLICATION FOR ORDER EXONERATING SECURED PROPERTY BOND AND FOR |
| vs. | RECONVEYANCE OF REAL PROPERTY AND ORDER THEREON |
| SABAS RAFAEL PALAFOX | |
| Defendants. | |

Defendant, SABAS RAFAEL PALAFOX, hereby moves this court for an order to exonerate the $ 85,000 secured property bond, secured by a Deed of Trust on the real property located at 4352 Beta Street, San Diego, California 92113, APN No.: 551-371-18, owned by Francisco U. Palafox and Norma Aranda Palafox, in the above captioned case. The Deed of Trust was recorded in San Diego County on October 18, 2007, and its document number is 2007-0670633.

On January 20, 2009, Defendant SABAS RAFAEL PALAFOX appeared, as required, before United States District Court Judge Oliver W. Wanger for sentencing, thereafter, on March 5, 2009 surrendered

himself to the Bureau of Prisons to serve his sentence.

Since SABAS RAFAEL PALAFOX has met the conditions of release in the matter he requests that the court exonerate the bond set by this court and reconvey title to the above referenced real property to Francisco U. Palafox and Norma Aranda Palafox.

Dated: April 27, 2009                              Respectfully submitted,

/s/ Eric K. Fogderude
Eric K. Fogderude, Attorney for
SABAS RAFAEL PALAFOX, Defendant

## **ORDER**

IT IS HEREBY ORDERED that the property bond in the above-captioned case be exonerated and title to the real property located at 4352 Beta Street, San Diego, CA 92112, APN No.; 551-371-18, which property is secured by a Deed of Trust in the amount of $ 85,000 and was recorded in San Diego County on October 18, 2007 as document number 2007-0670633 be reconveyed and transferred to Francisco U. Palafox and Norma Aranda Palafox.

IT IS SO ORDERED.

**Dated:   April 28, 2009**                    **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE